The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LERAE DINEEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>MENU FOODS, a foreign corporation,<br><br>                    Defendant. | No.   CV 07-0686 JPD<br><br>STIPULATION AND [PROPOSED] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE |

WHEREAS, this case is one of over sixty (60) putative class actions filed in this court and several other courts throughout the country for damages and injunctive relief, arising from the manufacture, distribution and/or sale of pet food products by Defendant Menu Foods.

WHEREAS, on March 30, 2007, plaintiffs in this jurisdiction filed a Motion for Transfer and Consolidation of Related Actions to the Western District of Washington under 28 U.S.C. § 1407. Other parties have moved for transfer of all related actions to the Southern District of Florida, the Central District of California, the District of New Jersey, and the Northern District of Illinois.

WHEREAS, the MDL Panel will determine whether all actions, including this action, should be transferred and coordinated and/or consolidated under 28 U.S.C. § 1407 for pretrial

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE  - CV 07-0686
JPD - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.co

1    proceedings.  The MDL Panel has set this matter for hearing on May 31, 2007 in Las Vegas,

2    Nevada; and

3    WHEREAS, the parties believe that in the short intervening time between now and a

     decision by the MDL Panel on transfer and coordination and/or consolidation, a stay of these

4    proceedings will conserve party and judicial resources.

5    IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Menu Foods,

6    through their designated counsel that this matter, including the deadlines for the parties to

7    participate in class certification and other pretrial proceedings, be stayed pending the

8    establishment of *In re:  Pet Food Products Liability Litigation*, MDL Docket No. 1850, and

     the potential subsequent transfer of this case for coordinated pretrial proceedings with other

9    actions pending throughout the country.

10   All parties shall, during the pendency of the stay of this matter, comply with their duty

11   to preserve all evidence that may be relevant to this action.  This duty extends to documents,

12   electronic data, and tangible things in the possession, custody and control of the parties to this

13   action, and any employees, agents, contractors, or carriers who possess materials reasonably

14   anticipated to be the subject of discovery in this action.  "Preservation" is to be interpreted

     broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible

15   things reasonably anticipated to be the subject of discovery under Fed. R. Civ. P. 26, 45 and

16   56(e) in this action.  Preservation includes taking reasonable steps to prevent the partial or full

17   destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration,

18   theft, or mutation of such material, as well as negligent or intentional handling that would

19   make material incomplete or inaccessible.  If the business practices of any party involve the

     routine destruction, recycling, relocation, or mutation of materials, the party must, to the

20   extent practicable for the pendency of this order, either:

21          i)      halt such business practices;

22          ii)     sequester or remove such material from the business process; or

23

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE – CV 07-0686
JPD - 2

GARDNER  BOND  TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

iii)    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

IT IS SO STIPULATED.

Dated: May 15, 2007          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By ___/s/ Steve W. Berman (via written authorization)___
    STEVE W. BERMAN, WSBA No. 12536
    Attorneys for Plaintiff

Dated: May 15, 2007          Respectfully submitted,

MYERS & COMPANY


By ___/s/ Michael D. Myers (via written authorization)___
    MICHAEL D. MYERS, WSBA No. 22486
    Attorneys for Plaintiff

Dated: May 15, 2007          Respectfully submitted,

GARDNER BOND TRABOLSI PLLC


By ___/s/ Jeffrey T. Kestle_____
    JEFFREY T. KESTLE, WSBA No. 29648
    Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____


_____
THE HONORABLE JAMES P. DONOHUE
JUDGE, UNITED STATES DISTRICT

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE – CV 07-0686
JPD - 3

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318