# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

LERAE DINEEN,

        Plaintiff,

vs.

MENU FOODS,

        Defendant.

C07-686 MJP

**MINUTE ORDER REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.

All future documents filed in this case must bear the cause number C07-686 MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 16th day of May, 2007

BRUCE RIFKIN
Clerk of Court

by: /s/ PETER H. VOELKER
      Peter H. Voelker, Deputy Clerk